UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 04 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> MARK MORGAN, Commissioner of U.S. Customs and Border Protection, in his official capacity, <br><br> Defendant. | No. 23-55790 <br><br> D.C. No. 2:22-cv-01916-FWS-GJS <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT