UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ABDIRAHMAN ADEN KARIYE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, Secretary of the U.S. Department of Homeland Security, in his official capacity; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> MARK MORGAN, Commissioner of U.S. Customs and Border Protection, in his official capacity, <br><br> Defendant. | No. 23-55790 <br><br> D.C. No. 2:22-cv-01916-FWS-GJS <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered October 04, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT